UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KOLBY EDWARDS )<br>  Plaintiff ) <br> ) <br> v. ) <br> ) <br> ISYNERGY, INC d/b/a FINISH LINE AUTO ) <br> And ALLY BANK ) <br>   Defendants <br> _____ ) | CIVIL ACTION NO.<br>3:17-CV-1007-JCH<br><br><br><br><br><br><br>SEPTEMBER 28, 2017 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Kolby Edwards, through his attorney, and the defendants, Isynergy, Inc. d/b/a Finish Line Auto and Ally Bank, through their attorneys, hereby stipulate that the plaintiff's claims shall be dismissed with prejudice and without costs or attorney's fees.

                                              PLAINTIFF, KOLBY EDWARDS,

                                              By: /s/ Daniel S. Blinn
                                                  Daniel S. Blinn (ct02188)
                                                  dblinn@consumerlawgroup.com
                                                  Consumer Law Group, LLC
                                                  35 Cold Spring Rd. Suite 512
                                                  Rocky Hill, CT  06067
                                                  Tel. (860) 571-0408
                                                  Fax (860) 571-7457

DEFENDANT, ISYNERGY INC. D/B/A
FINISH LINE AUTO

By: /s/ *John F. Conway*
    John F. Conway (ct04763)
    Loughlin Fitzgerald
    150 South Main Street
    Wallingford, CT 06492
    Tel: (203) 265-2035
    Fax: (203) 269-3487
    jconway@lflaw.com


DEFENDANT, ALLY BANK

By: /s/ *Michael T. Grant*
    Michael T. Grant (ct27968)
    LeClairRyan, A Professional Corporation
    One International Place, Suite 1110
    Boston, MA 02110
    Tel.  (617) 502-8200
    Fax: (617) 502-5738
    michael.grant@leclairryan.com


## CERTIFICATION

    I hereby certify that on this 28th day of September, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    /s/ *Daniel S. Blinn*
    Daniel S. Blinn